**RECEIVED**
IN ALEXANDRIA, LA.

JUL 0 6 2009

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEVILLE | CIVIL ACTION NO. 08-1940 |
| -vs- | JUDGE DRELL |
| DOLGENCORP, INC., et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to remand (DOC. #11) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _6th_ day of _July_, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**