UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

DEVILLE

CIVIL ACTION NO. 08-1940

-vs-

JUDGE DRELL

DOLGENCORP, INC., *et al.*

MAGISTRATE JUDGE KIRK

## REPORT AND RECOMMENDATION

Before the Court is defendant's motion for summary judgment, Doc. # **13**, referred to me by the district judge for Report and Recommendation.

## FACTUAL BACKGROUND

Plaintiff, Joyce Deville alleges that she was a customer in the Bunkie, Louisiana, Dollar General store in September of 2008 when she slipped and fell on a wet floor, suffering injuries. Plaintiffs filed suit in state court on October 14, 2008. The petition alleges negligence on the part of Dollar General and Craig Richard (its alleged store manager at the time of the incident). Plaintiffs filed discovery with the suit asking for information as to employee names. Defendants did not answer the discovery. Defendants propounded discovery to plaintiffs in the form of a request for admissions asking

plaintiffs to admit that the amount in dispute was less than $75,000. Plaintiffs denied the request, thus admitting that the amount in dispute exceeds $75,000, and defendants then removed the case to this court. Defendants attached the affidavit of defendant Richard who attested that he was not the store manager at the time of the accident. Defendant filed the instant motion for summary judgment to have the store manager dismissed. The motion is unopposed by plaintiff.

Because the motion is unopposed, and because Mr. Richard has been shown, in connection with the motion to remand and by his affidavit, not to have been the store manager at the time of the accident, there is no reasonable possibility of recovery against him in this case and he is entitled to be dismissed.

## CONCLUSION

For the foregoing reasons, IT IS RECOMMENDED THAT the defendant's motion FOR SUMMARY JUDGMENT (Doc. **13**) be GRANTED and Mr. Richard be dismissed from this suit.

## **OBJECTIONS**

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have ten (10) business days from service of this Report and Recommendation to file specific, written objections with the clerk of court. A party

may respond to another party's objections within ten (10) days after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the district judge at the time of filing. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UN-OBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

Alexandria, Louisiana, July 22, 2009.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE