
RECEIVED IN ALEXANDRIA, LA.
SEP 0 8 2009
TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEVILLE | CIVIL ACTION NO. 08-1940 |
| -vs- | JUDGE DRELL |
| DOLGENCORP, INC., et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendant's motion FOR SUMMARY JUDGMENT (Doc. 13) be GRANTED and Mr. Richard be dismissed from this suit.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 8th day of SEPTEMBER, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**